UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL D. VITALI, | ) | No. ED CV 15-2655-PLA |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for the award of benefits consistent with the Memorandum Opinion.

DATED: September 19, 2016

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE